# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153937(81)

LANCIA JEEP HELLAS S.A.,
      Plaintiff-Appellant,

v

                                 SC: 153937
                                 COA: 329481

CHRYSLER GROUP INTERNATIONAL LLC,
FIAT S.P.A., and FIAT GROUP AUTOMOBILES
S.P.A.,
      Oakland CC: 2014-142918-CZ

      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of Professor Peter Linzer for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 1, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016

_____